```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**MICHELLE M. MARCUM,**

      **Plaintiff,**

v.                                    Civil Action No. 2:19-cv-00389

**ANDREW SAUL, Commissioner
of Social Security,**

      **Defendant.**

<u>ORDER</u>

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, entered on April 13, 2020; and the magistrate judge having recommended that the court deny the plaintiff's request for judgment on the pleadings, grant the Commissioner's request for judgment on the pleadings, and affirm the final decision of the Commissioner; and no objection having been filed to the Proposed Findings and Recommendations, it is ORDERED that:

      1.  The findings made in the Proposed Findings and Recommendations of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

2.  The plaintiff's request for judgment on the pleadings be, and it hereby is, denied;

3.  The Commissioner's request for judgment on the pleadings be, and it hereby is, granted;

4.  The final decision of the Commissioner be, and it hereby is, affirmed; and

5.  This action be, and it hereby is, dismissed and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and United States Magistrate Judge Cheryl A. Eifert.

ENTER: June 2, 2020

John T. Copenhaver, Jr.
Senior United States District Judge